UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INFORMATION** CR13-223JRT |
| ) | |
| Plaintiff, ) | 18 U.S.C. § 371 |
| ) | |
| v. ) | |
| ) | |
| GERALD EDWIN CARLSON, ) | |
| ) | |
| Defendant. ) | |

The United States Attorney charges that:

## COUNT 1
### (Conspiracy to Commit Wire Fraud)

In or about 2007, in the State and District of Minnesota, the defendant,

**GERALD EDWIN CARLSON,**

knowingly and intentionally conspired and agreed with other individuals to execute a scheme to defraud mortgage lenders and to obtain money by means of false and fraudulent pretenses, namely, a mortgage fraud scheme utilizing interstate wire communications, all in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION

As the result of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any

SCANNED
AUG 30 2013
U.S. DISTRICT COURT MPLS

property, real or personal, which constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 371.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All in violation of Title 18, United States Code, Sections 371 and 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

Dated: August 30, 2013

JOHN R. MARTI
Acting United States Attorney

*/s/ William J. Otteson*

By: WILLIAM J. OTTESON
Assistant U.S. Attorney
Attorney ID No. 290440