# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD EDWIN CARLSON | No. 13-CR-223 (JRT) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BRYAN CROOK | No. 13-CR-221 (DSD) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMRI ELSAFY | No. 11-CR-154 (DSD) |

## NOTICE TO THE COURT OF RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

- ■ Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

- ■ Cases arising out of the same operative set of facts, behavioral episode, or course of conduct whether the prior cases are open or closed.

- ■ Cases that arise out of the same investigation and have temporal proximity.

- The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

                        Respectfully submitted,

Dated: September 3, 2013         JOHN R. MARTI
                                       Acting United States Attorney

                        *s/William J. Otteson*

                        BY: WILLIAM J. OTTESON
                        Assistant United States Attorney